IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 26–cv–03511–MDB

ERICA THOMPSON,

Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY,

Defendant.

---

**ORDER**

---

This matter is before the Court on Plaintiff's Unopposed Motion to Remand. ([“Motion’], Doc. No. 16.) In the Motion, Plaintiff states that Defendant, who previously removed this action to federal court (*see* Doc. No. 1), “agrees that this matter will not meet the diversity requirements”—specifically the $75,000 damages threshold—“and therefore this matter should be remanded to state court.” (Doc. No. 16 at 2.) The Court therefore **GRANTS** the Motion and directs the Clerk of Court to **REMAND** this case to Pueblo County District Court.

Dated this 7th day of October, 2026.

**BY THE COURT:**

Maritza Dominguez Braswell
United States Magistrate Judge